11/2/2020 Summary - MyCase

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

### Beth Lee v. Generative Growth II, LLC d/b/a Needler's Fresh Market

| Case Number | 80C01-2009-CT-001528 |
|---|---|
| Court | Tipton Circuit Court |
| Type | CT - Civil Tort |
| Filed | 09/30/2020 |
| Status | 09/30/2020 , Pending (active) |

### Parties to the Case

**Defendant**   Generative Growth II, LLC d/b/a Needler's Fresh Market

<u>Address</u>
c/o Universal Registered Agents, Inc.
3958-D Brown Park Drive
Hilliard, OH 43026

<u>Attorney</u>
Nicholas Gene Brunette
*#2704249, Retained*

Reminger Co., L.P.A.
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
317-853-7371(W)

**Plaintiff**   Lee, Beth

<u>Attorney</u>
James R. Hurt
*#3438589, Retained*

Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
812-340-1546(W)

### Chronological Case Summary

| 09/30/2020 | **Case Opened as a New Filing** | | |
|---|---|---|---|
| 09/30/2020 | **Subpoena/Summons Filed** | | |
| | Summons to Generative Growth II, LLC | | |
| | Filed By: | Lee, Beth | |
| | File Stamp: | 09/30/2020 | |
| 10/01/2020 | **Complaint/Equivalent Pleading Filed** | | |
| | Complaint for Damages | | |
| | Filed By: | Lee, Beth | |
| | File Stamp: | 09/30/2020 | |
| 10/01/2020 | **Appearance Filed** | | |
| | Appearance | | |
| | For Party: | Lee, Beth | |
| | File Stamp: | 09/30/2020 | |


EXHIBIT 1

11/2/2020                                                      Summary - MyCase

| 10/13/2020 | **Appearance Filed** | |
| | Appearance - Nicholas Brunette | |
| | For Party: | Generative Growth II, LLC d/b/a Needler's Fresh Market |
| | File Stamp: | 10/09/2020 |
| 10/13/2020 | **Motion for Enlargement of Time Filed** | |
| | Motion for Enlargement of Time to File Responsive Pleading | |
| | Filed By: | Generative Growth II, LLC d/b/a Needler's Fresh Market |
| | File Stamp: | 10/09/2020 |
| 10/13/2020 | **Service Returned Undetermined (E-Filing)** | |
| | Return of Service for Generative Growth II, LLC | |
| | Filed By: | Lee, Beth |
| | File Stamp: | 10/12/2020 |
| 10/13/2020 | **Order Granting Motion for Enlargement of Time** | |
| | Defendant, Generative Growth H, LLC d/b/a Needler's Fresh Market, shall have up to and including 11/26/2020, in which to answer or otherwise plead in response to Plaintiff s Complaint. Notice ordered. | |
| | Judicial Officer: | Lett, Thomas R |
| | Noticed: | Hurt, James R. |
| | Noticed: | Brunette, Nicholas Gene |
| | Order Signed: | 10/13/2020 |
| 10/14/2020 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion for Enlargement of Time ---- 10/13/2020 : James R. Hurt;Nicholas Gene Brunette | |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Lee, Beth
Plaintiff

**Balance Due** (as of 11/02/2020)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 10/01/2020 | Transaction Assessment | 157.00 |
| 10/01/2020 | Electronic Payment | (157.00) |

> This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.


EXHIBIT 1

# EXHIBIT 1

| | |
|---|---|
| **80C01-2009-CT-001528** | Filed: 9/30/2020 3:41 PM |
| Tipton Circuit Court | Clerk<br>Tipton County, Indiana |

CIRCUIT COURT FOR THE COUNTY OF TIPTON
STATE OF INDIANA
COURTHOUSE, 101 E. JEFFERSON STREET
TIPTON, INDIANA  46072

Beth Lee

                          Plaintiff(s)

VS.                                    No.

Generative Growth II, LLC
d/b/a Needler's Fresh Market

                          Defendant(s)

## SUMMONS

The State of Indiana to Defendant: **Generative Growth II, LLC c/o Universal Registered Agents, Inc., 3958-D Brown Park Drive, Hilliard, OH 43026**

    You have been sued by the person(s) named "plaintiff" in the court stated above.

    The nature of the suit against you is stated in the complaint which is attached to this document.  It also states the demand which the plaintiff has made and wants from you.

    You must answer the complaint in writing, by you or your attorney, within Twenty (20) days, commencing the day after you receive this summons, or judgment will be entered against you for what the plaintiff has demanded.  You have twenty-three (23) days to answer if this summons was received by mail.  **Such Answer Must Be Made In Court.**

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date: 09/30/2020

                                                               CLERK, TIPTON CIRCUIT COURT

JIM HURT, #34385-89
ATTORNEY FOR PLAINTIFF
KEN NUNN LAW OFFICE
104 FRANKLIN ROAD
BLOOMINGTON, IN   47404
TELEPHONE: (812)332-9451

                                    **ACKNOWLEDGMENT OF SERVICE OF SUMMONS**

    A copy of the above summons and a copy of the complaint attached thereto were received by me at _____ this ___ day of _____ 2020.

                                                        _____
                                                        SIGNATURE OF DEFENDANT

PRAECIPE:  I designate the following mode of service to be used  by the Clerk.

XX        By certified or registered mail with return receipt to above address.

☐        By Sheriff delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode with some person of suitable age and discretion residing therein.

☐        By _____delivering a copy of summons and complaint personally to defendant or by leaving a copy of the summons and complaint at his dwelling house or usual place of abode.

☐        By serving his agent as provided by rule, statute or valid agreement, to-wit:

                                                      KEN NUNN LAW OFFICE

                                                      BY:_____*s/ JIM HURT*_____
                                                           ATTORNEY FOR PLAINTIFF

# EXHIBIT 1

**CERTIFICATE OF MAILING:** I certify that on the __ day of _____, 2020, I mailed a copy of this summons and a copy of the complaint to each of the defendant(s) by (registered or certified mail requesting a return receipt signed by the addressee only, addressed to each of said defendant(s) at the address(es) furnished by plaintiff.

    Dated this __ day of _____, 2020.

                                                                                  CLERK, TIPTON CIRCUIT COURT

**RETURN OF SERVICE OF SUMMONS BY MAIL:** I hereby certify that service of summons with return receipt requested was mailed on the __ day of __ _____, 2020, and that a copy of the return of receipt was received by me on the __ day of _____, 2020, which copy is attached herewith.

                                                                        CLERK, TIPTON CIRCUIT COURT

**CERTIFICATE OF CLERK OF SUMMONS NOT ACCEPTED BY MAIL:** I hereby certify that on the __ day of _____, 2020__, I mailed a copy of this summons and a copy of the complaint to the defendant(s) by (registered or certified) mail, and the same was returned without acceptance this __ day of _____, 2020, and I did deliver said summons and a copy of the complaint to the Sheriff of Tipton County, Indiana.

    Dated this __ day of _____, 2020.

                                                                      CLERK, TIPTON CIRCUIT COURT

**RETURN OF SUMMONS:** This summons came to hand on the __ day of _____, 2020, and I served the same on the __ day of _____, 2020.
1. By mailing a copy of the summons and complaint personally to _____ address _____.
2. By delivering a copy of summons and complaint personally to _____.
3. By leaving a copy of the summons and complaint at _____the dwelling house or usual place of abode of defendant:_____(Name of Person) and by mailing by first class mail a copy of the summons on the __ day of _____, 2020__ to _____his last known address.
4. By serving his agent as provided by rule, statute or valid agreement to-wit:_____.
5. Defendant cannot be found in my bailwick and summons was not served.

And I now return this writ this __ day of _____, 2020.

                                                                        SHERIFF or DEPUTY

**RETURN ON SERVICE OF SUMMONS:** I hereby certify that I have served the within summons:
1. By delivery on the __ day of _____, 2020 a copy of this summons and a copy of the complaint to each of the within named defendant(s) _____.
2. By leaving on the __ day of _____, 2020 for each of the within named defendant(s)_____, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with _____ ____ a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication of such information to the person served.
3. _____and by mailing a copy of the summons without the complaint to _____ at _____ the last known address of defendant(s).

All done in Tipton County, Indiana.

Fees: $_____

                                                       SHERIFF or DEPUTY

# EXHIBIT 1

80C01-2009-CT-001528

Tipton Circuit Court

Filed: 9/30/2020 3:41 PM
Clerk
Tipton County, Indiana

| | | | |
|---|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPTON | COURT |
| | ) SS: | | |
| COUNTY OF TIPTON | ) | CAUSE NO. | |

BETH LEE

    VS.

GENERATIVE GROWTH II, LLC
d/b/a Needler's Fresh Market

### COMPLAINT FOR DAMAGES

    Comes now the plaintiff, Beth Lee, by counsel, Ken Nunn Law Office, and for cause of action against the defendant, Generative Growth II, LLC d/b/a Needler's Fresh Market, alleges and says:

    1.    That on or about April 12, 2020, the plaintiff, Beth Lee, was a customer at Needler's Fresh Market located at 899 East Jefferson Street in Tipton, Tipton County, Indiana.

    2.    That on or about April 12, 2020, the plaintiff, Beth Lee, tripped and fell over a rolled up mat at the entrance to said store, causing the plaintiff to suffer serious injuries.

    3.    That it was the duty of the defendant to use ordinary care and diligence to keep and maintain the said premises in a condition reasonably safe for its intended uses and free from all defects and conditions which would render the premises dangerous and unsafe for plaintiff, or present an unreasonable risk of harm to plaintiff in her lawful use of same.

    4.    That it was the duty of the defendant to exercise reasonable care to protect plaintiff, by inspection and other affirmative acts, from the danger of reasonably foreseeable injury occurring from reasonably foreseeable use of said premises.

    5.    That it was the duty of the defendant to have available sufficient personnel and equipment to properly inspect and maintain the aforesaid premises in a condition reasonably safe for plaintiff and free from defects and conditions rendering the premises unsafe.

    6.    That it was the duty of the defendant to warn plaintiff of the dangerous and unsafe condition existing on said premises.

    7.    That the defendant knew or should have known of the unreasonable risk of danger to the plaintiff but failed either to discover it or to correct it after discovery.

# EXHIBIT 1

-2-

8.  That the fall and resultant permanent injuries of plaintiff were caused by the negligence of the defendant who failed to utilize reasonable care in the inspection and maintenance of said premises.

9.  That the aforesaid acts of negligence on the part of the defendant were the proximate cause of the injuries sustained by the plaintiff.

10. That the plaintiff has incurred medical expenses and other special expenses, and will incur future medical expenses, lost wages and other special expenses, as a direct and proximate result of defendant's negligence.

WHEREFORE, the plaintiff demands judgment against the defendant for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses and other special expenses, for future medical expenses, lost wages and other special expenses, court costs, and all other proper relief in the premises.

KEN NUNN LAW OFFICE

BY: *s/ Jim Hurt*
Jim Hurt, #34385-89
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN  47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: jamesh@kennunn.com

**REQUEST FOR TRIAL BY JURY**

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

EXHIBIT 1

-3-

KEN NUNN LAW OFFICE

BY:  *s/ Jim Hurt*
      Jim Hurt, #34385-89
      KEN NUNN LAW OFFICE
      104 South Franklin Road
      Bloomington, IN  47404
      Phone: (812) 332-9451
      Fax: (812) 331-5321
      E-mail: jamesh@kennunn.com

Jim Hurt, #34385-89
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone:  812-332-9451
Fax Number:   812-331-5321
Attorney for Plaintiff

# EXHIBIT 1

80C01-2009-CT-001528

Tipton Circuit Court

Filed: 9/30/2020 3:41 PM
Clerk
Tipton County, Indiana

# APPEARANCE FORM (CIVIL)
**Initiating Party**

| | CAUSE NO: | |
|---|---|---|
| 1. | Name of first initiating party | Beth Lee<br>304 Sheffield Court<br>Tipton, IN  46072 |
| 2. | Telephone of pro se initiating party | NA |
| 3. | Attorney information (as applicable for service of process) | Jim Hurt #34385-89<br>Ken Nunn Law Office<br>104 South Franklin Road<br>Bloomington, IN  47404<br>PHONE:      812 332-9451<br>FAX:            812 331-5321<br>Email:  jamesh@kennunn.com |
| 4. | Case type requested | CT (Civil Tort) |
| 5. | Will accept FAX service | YES |
| 6. | Are there related cases | NO |
| 7. | Additional information required by State or Local Rules | |
| Continuation of Item 1 (Names of initiating parties) | | NAME:<br>NAME: |
| Continuation of Item 3 (Attorney information as applicable for service of process) | | |

s/Jim Hurt
Attorney-at-Law
(Attorney information shown above.)

# EXHIBIT 1

Filed: 10/9/2020 3:59 PM
Clerk
Tipton County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPTON COUNTY CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF TIPTON | ) | CAUSE NO. 80C01-2009-CT-001528 |

BETH LEE, )
)
        Plaintiff, )
)
vs. )
)
GENERATIVE GROWTH II, LLC )
d/b/a Needler's Fresh Market )
)
        Defendant. )

## APPEARANCE

1. The party on whose behalf this form is being filed is:

   Initiating _____   Responding __X__   Intervening _____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party  **Generative Growth II, LLC d/b/a Needler's Fresh Market**

2. Attorney information for service as required by Trial Rule 5(B)(2):

   Name:  Nicholas G. Brunette    Atty. Number:  27042-49

   Address: Reminger Co., LPA, College Park Plaza, 8909 Purdue Road

           Suite 200, Indianapolis, Indiana 46268

   Phone:  317-853-7371       Fax:  317-228-0943

   E-mail Address:      nbrunette@reminger.com

   **IMPORTANT**: Each attorney specified on this appearance:

   (a)    certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

   (b)    **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney**; and

   (c)    understands that he/she is solely responsible for keeping his/her Roll of

# EXHIBIT 1

   Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. This is a __CT__ case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No __X__ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**. Use Form TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No __X__ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

 This case involves a petition for involuntary commitment. Yes ____ No __X__

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment: __N/A__

7. There are related cases: Yes ____ No __X__ *(If yes, list on continuation page.)*

8. Additional information required by local rule: ____None____

9. There are other party members: Yes ____ No __X__ *(If yes, list on continuation page.)*

10. This form has been served on all other parties and Certificate of Service is attached:

 Yes _X_ No ____

          Respectfully submitted,

          _/s/ Nicholas G. Brunette_
          Nicholas G. Brunette (27042-49)
          Reminger Co., LPA
          College Park Plaza
          8909 Purdue Road, Suite 200
          Indianapolis, IN  46268
          T: 317-853-7371/ F: 317-228-0943
          nbrunette@reminger.com
          *Counsel for Defendant Generative Growth II, LLC d/b/a Needler's Fresh Market*

# EXHIBIT 1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October, 2020, I electronically filed the foregoing document using the E-filing system (IEFS), which sent a notice of electronic filing to the following:

Jim Hurt
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
jamesh@kennunn.com
*Counsel for Plaintiff*

                                          */s/ Nicholas G. Brunette*
                                          Nicholas G. Brunette (27042-49)
                                          Reminger Co., LPA

# EXHIBIT 1

Filed: 10/9/2020 3:59 PM
Clerk
Tipton County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPTON COUNTY CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF TIPTON | ) | CAUSE NO. 80C01-2009-CT-001528 |

| | |
|---|---|
| BETH LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| GENERATIVE GROWTH II, LLC | ) |
| d/b/a Needler's Fresh Market | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR INITIAL ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendant Generative Growth II, LLC d/b/a Needler's Fresh Market, by counsel, Pursuant to Rule 6(B) of the Indiana Rules of Trial Procedure and, moves the Court for an initial enlargement of time of thirty (30) days in which to answer or otherwise respond to Plaintiff's Complaint, up to and including November 25, 2020, and in support therefor would show the Court as follows:

1. That the defendant was served on or about October 3, 2020.

2. That a responsive pleading is due on or about October 26, 2020 and said time has not yet expired.

3. That no prior enlargement of time has been requested.

4. That said additional time is necessary to enable counsel to confer with his clients to review the facts and prepare an appropriate response.

WHEREFORE, Defendant Generative Growth II, LLC d/b/a Needler's Fresh Market, by counsel, prays for an additional thirty (30) days in which to answer or otherwise respond to

# EXHIBIT 1

Plaintiff's Complaint, through and including November 25, 2020, and for all other just and proper relief in the premises.

        Respectfully submitted,

        _/s/ Nicholas G. Brunette_
        Nicholas G. Brunette (27042-49)
        Reminger Co., LPA
        College Park Plaza
        8909 Purdue Road, Suite 200
        Indianapolis, IN  46268
        T: 317-853-7371/ F: 317-228-0943
        nbrunette@reminger.com
        *Counsel for Defendant Generative Growth II, LLC d/b/a Needler's Fresh Market*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2020, I electronically filed the foregoing document using the E-filing system (IEFS), which sent a notice of electronic filing to the following:

Jim Hurt
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
jamesh@kennunn.com
*Counsel for Plaintiff*

        _/s/ Nicholas G. Brunette_
        Nicholas G. Brunette (27042-49)
        Reminger Co., LPA

# EXHIBIT 1



Filed: 10/12/2020 3:03 PM
Clerk
Tipton County, Indiana

Mailer: Ken Nunn Law Office

Date Produced: 10/05/2020

ConnectSuite Inc.:

The following is the delivery information for Certified Mail™/RRE item number 9214 8901 9403 8322 1818 54. Our records indicate that this item was delivered on 10/03/2020 at 09:58 a.m. in HILLIARD, OH 43026. The scanned image of the recipient information is provided below.

Signature of Recipient :
(Authorized Agent)                *About Covid 19*

Address of Recipient :            *3958 - D Brown Park*

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.
This USPS proof of delivery is linked to the customers mail piece information on file as shown below:

  GENERATIVE GROWTH II LLC C/O UNIVERSAL REGISTERED AGENTS INC
  3958 BROWN PARK DR STE D
  HILLIARD OH 43026-1160

Customer Reference Number:     C2296398.13067011
Return Reference Number:       Beth Lee

2

# EXHIBIT 1

USPS MAIL PIECE TRACKING NUMBER:   420430269214890194038322181854
MAILING DATE:         10/01/2020
DELIVERED DATE:   10/05/2020
CUSTOM1:

MAIL PIECE DELIVERY INFORMATION:

  GENERATIVE GROWTH II LLC C/O UNIVERSAL REGISTERED AGENTS INC
  3958 BROWN PARK DR STE D
  HILLIARD OH 43026-1160


MAIL PIECE TRACKING EVENTS:

| Date/Time | Event | Location |
|---|---|---|
| 10/01/2020 11:16 | PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM | BLOOMINGTON,IN 47404 |
| 10/01/2020 14:52 | PICKED UP | BLOOMINGTON,IN 47403 |
| 10/01/2020 17:14 | DEPART POST OFFICE | BLOOMINGTON,IN 47403 |
| 10/01/2020 21:44 | PROCESSED THROUGH USPS FACILITY | INDIANAPOLIS,IN 46206 |
| 10/02/2020 14:57 | PROCESSED THROUGH USPS FACILITY | COLUMBUS,OH 43218 |
| 10/03/2020 09:58 | DELIVERED TO AGENT FOR FINAL DELIVERY | HILLIARD,OH 43026 |
| 10/05/2020 17:13 | Delivered (system added) | |

# EXHIBIT 1

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE TIPTON COUNTY CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF TIPTON | ) | CAUSE NO. 80C01-2009-CT-001528 |

BETH LEE, )
)
        Plaintiff, )
)
vs. )
)
GENERATIVE GROWTH II, LLC )
d/b/a Needler's Fresh Market )
)
        Defendant. )

**FILED**
October 13, 2020
IN OPEN COURT
CLERK TIPTON C.C.

**ORDER GRANTING AUTOMATIC ENLARGEMENT OF TIME
TO FILE RESPONSIVE PLEADING**

The Court, having considered the Defendant Generative Growth II, LLC d/b/a Needler's Fresh Market's Motion of Automatic Enlargement of Time to Answer Plaintiff's Complaint for Damages, and being duly advised in the premises, hereby approves said Notice.

**IT IS THEREFORE ORDERED** that Defendant, Generative Growth II, LLC d/b/a Needler's Fresh Market, shall have up to and including **November 26, 2020**, in which to Answer or otherwise plead in response to Plaintiff's Complaint.

So Ordered this __13__ day of __October__, 2020.

BY: _____
JUDGE, TIPTON COUNTY CIRCUIT COURT
TL

**Distribution:**
Counsel of record via the Court's Electronic Filing System

**EXHIBIT 1**